IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARYN GRATZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KEREY RUGGIERO, ET AL. | : | NO. 16-3799 |

## ORDER

**AND NOW**, this 19th day of May, 2017, upon consideration of Defendant Philadelphia Mental Health Clinic, Inc.'s Motion for Partial Dismissal of Plaintiff's Complaint (Docket No. 10), the Motion to Dismiss Plaintiff's Complaint filed by Defendants Kerey Ruggiero, Donna Moran, Staffmore, LLC, Behavioral Healthworks, LLC, Ruggiero LLC, and Anthony A. Wolf, Inc. (Docket No. 11), and Plaintiff Caryn Gratz's responses to both Motions, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that both Motions are **DENIED**.

BY THE COURT:


/s/ John R. Padova, J.
　
John R. Padova, J.