**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| CARYN GRATZ | CIVIL ACTION |
|---|---|
| v. | NO. 16-3799 |
| KEREY RUGGIERO, et al. | |

## ORDER RE: SUMMARY JUDGMENT

**AND NOW**, this 9th day of August, 2019, upon consideration of Defendants' Motion for Summary Judgment (ECF 84), Plaintiff's Response thereto (ECF 99 & 106), Defendants' Reply thereto (ECF 104 & 105), oral argument, and the supplemental briefing submitted after argument (ECF 111-114), it is **HEREBY ORDERED** that Defendants' Motion is **GRANTED**. The Clerk of Court is directed to close this case.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\CIVIL 16\16-3799 Gratz v Ruggiero\16cv3799 order re MSJ.docx